UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CJA eVoucher Program - Attorney Acknowledgment Form

Under the CJA eVoucher Program, you will be filing CJA vouchers and related documents electronically with the Southern District of Texas. When using the CJA eVoucher Program, you must abide by the Federal Rules of Criminal Procedures, the Guide to Judiciary Policy as to CJA guidelines, the Criminal Justice Act, the Local Rules of the Southern District of Texas, the Court's CJA Plan, and any policies of the Southern District of Texas relating to court appointed representation.

You have full responsibility to ensure your user information, including your billing information in CJA eVoucher, is accurate and current.

The combination of the username and password within the CJA eVoucher Program will serve as the signature of the attorney filing the voucher or documents under the afore-referenced rules and procedures. Therefore, you are responsible for protecting and securing this password against unauthorized use. If you have any reason to suspect that your password has been compromised, you are responsible for immediately notifying the Clerk of Court of the suspected breach of security.

By submitting this form, I hereby acknowledge and confirm that I have full responsibility to ensure my information is accurate and current in the CJA eVoucher Program in accordance with the policies outlined in this form.

_____
Attorney Printed Name

_____
Attorney Signature
(indicate /S for electronically prepared form)

_____
Date

_____
Email Address – Required

_____
Texas State Bar ID

Instructions: Please submit this form by filing it in CM/ECF. Go to the Civil Events > Criminal Justice Act Panel Attorneys category and use the Registration for eVoucher Account event to file this form in your Attorney Admissions file. If you are not certain what your Attorney Admissions file case number is, please call our Help Desk at 866-358-6201 or 713-250-5500.